UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

HON. PATRICK J.DUGGAN
CIVIL NO.10-14845

MICHAEL STEWART,

        Plaintiff(s),

-V-

JPMORGAN CHASE BANK, NA, ET.AL,

        Defendant(s).
_____/

ORDER OF DISMISSAL
At a session of said Court held in the
United States Courthouse,in the City of
Detroit, State of Michigan, on June 1, 2011.

PRESENT: THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

The Court having received a Stipulation for Dismissal but no order having been presented;

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED with prejudice pursuant to the stipulation of the parties filed June 1, 2011.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: June 1, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 1, 2011, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager